UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | : | |
|---|---|---|
| NATIONAL CREDIT UNION ADMIN. BOARD, | : | Case No. 1:15-CV-1606 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | OPINION & ORDER |
| | : | [Resolving Doc. Nos. 23, 25] |
| JANKO NOVAK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this collection action, Plaintiff National Credit Union sued Defendant Janko Novak for the outstanding balance of a loan.[1] The parties consented to a Magistrate Judge hearing the case.[2] On May 25, 2016, the Plaintiff moved for partial summary judgment.[3] Shortly thereafter, on June 6, 2016, Defendant Novak filed notice of his Chapter 7 Bankruptcy.[4]

Following Defendant's bankruptcy filing, Magistrate Judge David Ruiz issued a Report and Recommendation ("R&R"). Magistrate Judge Ruiz recommended denying the Plaintiff's motion for summary judgment without prejudice, staying all further proceedings, and closing this case until bankruptcy proceedings conclude as required by 11 U.S.C. § 362.[5]

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of an R&R to which a party has made an objection.[6] Parties must file any

---

[1] Doc. 1.
[2] Doc. 9. This case was originally transferred to Magistrate Judge Kenneth McHargh. After Magistrate Judge McHargh's retirement, Magistrate Judge David Ruiz took over this case.
[3] Doc. 23.
[4] Doc. 24.
[5] Doc. 25. Magistrate Judge Ruiz recommended that this case should be subject to reopening upon motion from either party. This Court agrees.
[6] 28 U.S.C. § 636(b)(1)(C).

Case No. 15-CV-1606
Gwin, J.

objections to an R&R within fourteen days of service.[7]  Failure to object within that time waives a party's right to have the Court review the R&R.[8] Absent objection, a district court may adopt the R&R without review.[9]

In this case, neither party has objected to the R&R.  Moreover, having conducted its own review of the record, this Court agrees with the conclusions of Magistrate Judge Ruiz.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Ruiz's R&R and incorporates it fully herein by reference. The Court **DISMISSES WITHOUT PREJUDICE** the Plaintiff's motion for partial summary judgment.


IT IS SO ORDERED.


Dated: January 5, 2017                                              *s/         James S. Gwin*
                                                                                         JAMES S. GWIN
                                                                                         UNITED STATES DISTRICT JUDGE

---

[7] Fed. R. Civ. P. 72(b)(2); LR 72.3(b).
[8] LR 72.3(b); see *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).
[9] *See Thomas*, 474 U.S. at 149.